# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE THE PARK AND BUILD THE SCHOOL,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PARK SERVICE, et al.<br><br>Defendants. | CASE NO. 20-cv-1080-LAB (AHG)<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING EXPEDITED SCHEDULE FOR BRIEFING AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Save the Park and Build the School filed an *ex parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction on June 26, 2020. The Court **DENIES** the application for a temporary restraining order, construes the remainder of the motion as a motion for preliminary injunction, orders expedited briefing, and sets the matter for a hearing as stated below.

A temporary restraining order is extraordinary relief available only where such an order "serv[es] [its] underlying purpose of preserving the status quo and preventing irreparable harm before a preliminary injunction hearing may be held." *Granny Goose Foods*, 415 U.S. 423, 439 (1974). Such orders are appropriate only where a party's interests are in urgent need of protection. *See id.* This Court hears motions for TROs "[o]nly under extraordinary circumstances." *Burns Standing Order in Civil Cases*. Otherwise, adverse parties must have a reasonable opportunity to file an opposition. *Id.*

Circumstances here do not warrant issuance of a temporary restraining order. Based on a complaint filed over two weeks ago and arising out of agency action that occurred two months ago, Plaintiff asks the Court to put a halt to work that resumed over three months ago. Mot. at 20. Plaintiff concedes that Defendants removed the baseball backstop and walking track from George Berkich Park by March 24, 2020. Between that date and the date Plaintiff filed its motion, Defendants graded the Park, removed grass fields, excavated for construction of biofiltration basins, and began pouring cement foundation in the Park. *Id.* at 29. Because work has been proceeding for several months, the Court cannot find that matters are so urgent that the Court can enjoin further work without first permitting Defendants to be heard.

The Court construes the remainder of Plaintiff's motion as a motion for preliminary injunction and sets the matter for a hearing on **July 20, 2020 at 11:30 a.m.** in Courtroom 14A. Defendants' response to the motion will be due on **July 10, 2020**, and any reply brief will be due on **July 14, 2020**. Plaintiff is ordered to provide notice of this order to each Defendant as soon as practicable and in no event later than **July 1, 2020**. Plaintiff must also file a declaration by that date stating the manner in which Plaintiff provided notice to each Defendant.

**IT IS SO ORDERED**.

Dated: June 29, 2020

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge